CC: PSA

United States District Court

For The Central District of California

United States of America,

                Plaintiff,

    vs.

Gregory Eric Johnson,

                Defendant.

Case No. 2:21-cr-00022-VAP

**Order Modifying Conditions of Pretrial Release**

**Good Cause Having Been Shown, It Is Hereby Ordered** that Defendant Gregory Eric Johnson's conditions of his pretrial release be modified as follows:

1.  Location monitoring is modified allowing for curfew as directed by Pretrial Services. All other conditions in the Order Setting Conditions of Release are to remain as previously set.

**It Is So Ordered.**

Dated:  04/19/2021

Honorable Virginia A. Phillips
United States District Judge